UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| KRISTI MCKRAY, | Case No. 2:18-cv-00610-GMN-GWF |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*, | |
| Defendants. | |

This matter is before the Court on Daniel Marks, Esq.'s Motion to Withdraw (ECF No. 17) as counsel for Plaintiff Kristi McKray, filed on July 31, 2018. Defendant filed its Non-Opposition (ECF No. 18) on August 10, 2018.

The Court finds that counsel has provided good cause to justify granting his withdrawal. Accordingly,

**IT IS HEREBY ORDERED** Daniel Marks, Esq.'s Motion to Withdraw (ECF No. 17) as counsel for Plaintiff Kristi McKray is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall:

1. Add the last known address of Plaintiff to the civil docket:

    **Kristi McKray**
    **1004 Sand Coral Drive**
    **Las Vegas, Nevada 89123**

2. Serve Plaintiff with a copy of this order at her last known addresses listed above

Dated this 15th day of August, 2018.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

1