**Marquis Aurbach Coffing**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
*Attorneys for Defendant, LVMPD*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KRISTI McKRAY, | Case No.: 2:18-cv-00610-GMN-GWF |
| Plaintiff, | |
| vs. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, | |
| Defendants. | |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Defendant the Las Vegas Metropolitan Police Department ("LVMPD" or "the Department"), by and through its counsel of record, Nick D. Crosby, Esq., of the law firm of Marquis Aurbach Coffing, and Plaintiff Pro Per, Kristi McKray, hereby stipulate and agree to as follows:

IT IS HEREBY STIPULATED that the above-entitled action is dismissed with prejudice; and

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

MAC:14687-133 3544969_1 11/5/2018 2:05 PM

///

IT IS FURTHER STIPULATED that each party will bear their own attorney's fees and costs.

DATED this 28 day of October, 2018.

**KRISTI McKRAY**

By: /s/ Kristi McKray
Kristi McKray
1004 Sand Coral Drive
Las Vegas, NV 89123
*Plaintiff, In Proper Person*

DATED this ____ day of October, 2018.

**MARQUIS AURBACH COFFING**

By: _____
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, NV 89145
*Attorneys for Defendant, LVMPD*

Submitted by:
MARQUIS AURBACH COFFING

By: _____
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendant, LVMPD*

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

IT IS FURTHER STIPULATED that each party will bear their own attorney's fees and costs.

DATED this ____ day of October, 2018.

**KRISTI McKRAY**

By: _____
Kristi McKray
1004 Sand Coral Drive
Las Vegas, NV 89123
*Plaintiff, In Proper Person*

DATED this 5 day of ~~October~~ November, 2018.

**MARQUIS AURBACH COFFING**

By: _____
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, NV 89145
*Attorneys for Defendant, LVMPD*

Submitted by:

MARQUIS AURBACH COFFING

By: _____
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendant, LVMPD*

**IT IS SO ORDERED.**

Dated this 13 day of November, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT